UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                 Case No. 2:18-cr-45
                                                 HON. PAUL L. MALONEY

DAMIEN EDWARD DESJARDINS-RACINE,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on January 9, 2019, for an arraignment and initial appearance on the indictment charging defendant with possession with intent to distribute methamphetamine and ecstasy. The government made a motion on the record for detention and hearing was scheduled on the matter for January 10, 2019 at 10:30 a.m.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                      */s/ Timothy P. Greeley*
                                                    TIMOTHY P. GREELEY
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2019